UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MAJUANGY EVANS                                         CIVIL ACTION

versus                                                 NO. 13-0196

STEVE RADER                                            SECTION: "A" (1)

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Majuangy Evans** for *habeas corpus* relief is **DISMISSED WITHOUT PREJUDICE**.

April 23, 2013

UNITED STATES DISTRICT JUDGE